UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LGT ENTERPRISES, LLC, d/b/a LETSGOTICKETS and LET'S GO TICKETS, | Case No. 1:08-cv-578 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | |
| JUDIAH LUKE HOFFMAN, | |
| Defendant. | |

## **JUDGMENT**

No judgment is issued on the merits, because this court lacks jurisdiction over defendant.

Judgment is issued "against" the plaintiff and "in favor of" the defendant to this extent:

This case is **TRANSFERRED** to the United States District Court for the District of Nevada.

**IT IS SO ORDERED this 14th May, 2009.**

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge